IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVE PUCKITT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-09-0056 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

**INTERLOCUTORY DEFAULT JUDGMENT
AS TO LIABILITY ONLY**

Steve Puckitt has filed a Motion for Interlocutory Default Judgment as to Liability only against one of the defendants, Brooke Agency Services Company, L.L.C. The motion shows that this defendant was timely served and has failed to plead or defend this action. Accordingly, it is ordered that default be entered against Brooke Agency Services under Rule 55(a) of the Federal Rules of Civil Procedure. No later than **May 14, 2010**, the plaintiff, Steve Puckitt, must:

a.  move for judgment by default, certifying the notice to this defendant;

b.  submit affidavits with supporting documentation of the plaintiff's damages, including a self-explanatory computation of any prejudgment interest sought; and

c.  submit affidavit evidence if attorneys' fees are sought.

SIGNED on February 9, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge