IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVE PUCKITT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-09-0056 |
| | § | |
| WELLS FARGO BANK, N.A. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Wells Fargo has stated that it has no opposition to Puckitt's motion for a 30-day extension to respond to Wells Fargo's motion for summary judgment. The motion for an extension, (Docket Entry No. 41), is granted. Puckitt's response is due August 9, 2010.

Wells Fargo has also moved for a continuance of the docket call date to take the deposition of Nancy Maldonado, who it claims was the insurance agent responsible for obtaining Puckitt's windstorm coverage. (Docket Entry No. 44). Because the August 9 deadline for Puckitt's summary judgment response makes the current schedule inappropriate, this motion is moot. This court cancels the joint pretrial order deadline of August 20, 2010 and the docket call setting for August 27, 2010, pending the ruling on the motion for summary judgment. The joint pretrial order filing deadline and date for docket call will be reset, if appropriate, after the motion is resolved.

SIGNED on July 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge